IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01173-RPM-MJW

PHILIP AND GUADALUPE MEDINA,

Plaintiff(s),

v.

BUREAU OF COLLECTION RECOVERY, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket number 13), filed with the Court on September 11, 2008, is GRANTED. The Written Protective Order is approved and made an Order of Court.

Date: September 12, 2008