IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01173 RPM-MJW

PHILIP MEDINA and
GUADALUPE MEDINA,

    Plaintiffs,

v.

BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation,

    Defendant

---

## ORDER ON STIPULATION FOR DISMISSAL

Upon review of the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED:   April 24th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge